BTXN 138 (rev. 07/08)

**ORIGINAL**

ρ

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 4 2009
CLERK, U.S. DISTRICT COURT
By_____ Deputy

In Re:
Realty America Group – Lincoln Mall, LP

                                    Debtor(s)

Realty America Group Lincoln Mall, LP
                                    Plaintiff(s)
        vs.
Village of Matteson

                                    Defendant(s)

Realty America Group (Lincoln Mall), LP
                                    Plaintiff(s)
        vs.
Village of Matteson

                                    Defendant(s)

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Case No.:    09-33076-sgj11
Chapter No.:  11

Adversary No.:   09-03238-sgj

Civil Case No.:

**3-09CV1666-P**

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

☑  Two copies of the Motion to Withdraw Reference (USDC Civil Action No. – DNC Case)
   **NOTE**: A Status Conference has been set for <u>October 5, 2009</u> at <u>10:30a.m.</u>, in <u>Courtroom 1</u>
   before U.S. Bankruptcy Judge <u>Jernigan</u>. The movant, respondents or other affected parties are
   required to attend the Status Conference.

☐  Two copies of: _.

**TO ALL ATTORNEYS:** F.R.C.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a
district judge, [*implied*] that any responses or related papers be filed likewise.

DATED:  9/4/09

FOR THE COURT:
Tawana C. Marshall, Clerk of Court

by: /s/Sheniqua U. Whitaker, Deputy Clerk

I hereby certify that the foregoing is a
true copy of the original thereof now in
my office this the _____ day of September
20_09_ at Dallas, Texas
Tawana C. Marshall, Clerk
United States Bankruptcy Court
Northern District of Texas
By _____ Deputy

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# WITHDRAWAL OF REFERENCE SERVICE LIST

## Transmission of the Record

BK Case No.: _09–33076–sgj11_

Adversary No.: _09–03238–sgj_

Received in District Court by: _R.Republ_

Date: _9-4-09_

Volume Number(s): _w/o /R_

cc: Stacey G. Jernigan
   Anna Saucier
   Meredyth Kippes
   Attorney(s) for Appellant
   US Trustee

**Plaintiff** Realty America Group (Lincoln Mall), LP

David W. Elmquist
Jeff Carruth
Reed & Elmquist, P.C.
604 Water Street
Waxahachie, TX 75165
972–923–0430

**Defendant** Village of Matteson

Gardiner Koch Weisberg & Wrona
Thomas G. Gardiner
Dexter G. Benoit
53 W. Jackson, Ste 950
Chicago, IL 60604
312–362–0000

Gardere Wynne Sewell LLP
Holland N. O'Neil
3000 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201
214–999–3000

ORIGINAL

BTXN 150 (rev. 1/05)

## CIVIL COVER SHEET 3-09CV1666-P

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) PLAINTIFF**
Realty America Group (Lincoln Mall), LP

**DEFENDANT**
Village of Matteson

**(b)** County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Reed & Elmquist, P.C.
David W. Elmquist
Jeff Carruth
604 Water Street
Waxahachie, TX 75165
(972) 938-7339

Attorney's (If Known)
Gardiner Koch Weisberg & Wrona
Thomas G. Gardiner
Dexter G. Benoit
53 W. Jackson, Ste. 950
Chicago, IL 60604
312-362-0440

Gardere Wynne Sewell LLP
Holland N. O'Neil
3000 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201
214-999-4667

RECEIVED
BY
SEP - 4 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**II. BASIS OF JURISDICTION**

○ 1 U.S. Government Plaintiff

○ 2 U.S. Government Defendant

◉ 3 Federal Question (U.S. Government Not a Party)

○ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

○ 422 Appeal 28 USC 158    ◉ 423 Withdrawal 28 USC 157    ○ 890 Other Statutory Actions

**V. ORIGIN**

◉ 1 Original Proceeding
○ 2 Removed from State Court
○ 3 Remanded from Appellate Court
○ 4 Reinstated or Reopened
○ 5 Transferred from another district
○ 6 Multidistrict Litigation
○ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 157

Brief description of cause:
Motion to withdraw reference

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge:    Docket Number:

DATED: 9/4/09

FOR THE COURT:
Tawana C. Marshall, Clerk of Court
by: /s/Sheniqua U. Whitaker, Deputy Clerk